# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INDIGENOUS PEOPLE OF BIAFRA, | |
| Plaintiff, | Civil Action No. 21-2068 (JMC) |
| v. | |
| ANTONY BLINKEN, Secretary of State, and LLOYD AUSTIN, III, Secretary of Defense, in their official capacities. | |
| Defendants. | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 11, is **GRANTED**. This is a final, appealable order.

**SO ORDERED**.

DATE: October 31, 2022

_____
Jia M. Cobb
U.S. District Court Judge